NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICHARD NOBLES, DOC #H35384,      )
                                  )
            Appellant,            )
                                  )
v.                                )      Case No. 2D18-1442
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____  )

Opinion filed January 23, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Keith P. Spoto, Judge.

Richard Nobles, pro se.


PER CURIAM.


            Affirmed.


SILBERMAN, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.